IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| STEPHANIE LYNNE GLOVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 16-0256-CG-B |
| | ) | |
| CHARLES DANIEL WALLEY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The parties having filed a Joint Stipulation for Dismissal with Prejudice (Doc. 12) on October 27, 2016,[1] it is **ORDERED** that this matter be and is hereby **DISMISSED with prejudice**. Each party shall bear her or his own costs.

**DONE** and **ORDERED** this 8th day of November, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Defense counsel filed a Notice of Endorsement (Doc. 13) of the joint stipulation on November 7, 2016, in compliance with the Court's Administrative Procedures for Filing, Signing, and Verifying Pleadings and Documents by Electronic Means.